# EXHIBIT A

Table 1:  Racially Polarized Voting Analysis

U.S. President, General Election 2008

African American Candidate = Barack H. Obama

| District | % of African American Votes | % of Latino Votes | % of White Votes | % of Other Votes |
|---|---|---|---|---|
| Previous CD 3 | 99.2 | 98.8 | 29.8 | 97.7 |
|  | (98.5 – 98.8) | (96.4 – 99.5) | (27.7 – 32.0) | (86.6 – 99.5) |
| Current CD 5 | 99.3 | 99.1 | 29.2 | 94.1 |
|  | (98.5 – 99.8) | (98.0 – 99.5) | (26.1 – 33.0) | (70.8 – 99.4) |
| Romo A CD 5 | 99.9 | 98.1 | 25.8 | 99.3 |
|  | (99.8 – 99.9) | (91.3 – 99.4) | (23.8 – 27.7) | (98.5 – 99.6) |
| Romo B CD 5 | 99.9 | 99.4 | 24.5 | 99.7 |
|  | (99.9 – 100.0) | (98.8 – 99.6) | (22.8 – 26.6) | (99.6 – 99.8) |



Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 3.pdf
Date Admitted _____

Table 2:  Racially Polarized Voting Analysis

U.S. President, General Election 2012

African American Candidate = Barack H. Obama

| District | % of African American Votes | % of Latino Votes | % of White Votes | % of Other Votes |
|---|---|---|---|---|
| Previous CD 3 | 99.7 | 98.1 | 27.0 | 97.8 |
|  | (99.3 – 99.9) | (93.4 – 99.4) | (24.6 – 30.3) | (86.1 – 99.6) |
| Current CD 5 | 99.7 | 98.7 | 25.5 | 96.6 |
|  | (99.2 – 99.9) | (97.1 – 99.4) | (22.8 – 29.0) | (81.1 – 99.4) |
|  | | | | |
| Romo A CD 5 | 99.9 | 94.2 | 25.2 | 98.9 |
|  | (99.7 – 99.9) | (65.1 – 99.2) | (23.1 – 27.7) | (97.4 – 99.5) |
| Romo B CD 5 | 99.9 | 99.3 | 23.3 | 99.6 |
|  | (99.9 – 100.0) | (98.7 – 99.6) | (21.4 – 25.3) | (99.5 – 99.7) |

Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 4.pdf
Date Admitted _____

Table 3:  Racially Polarized Voting Analysis

U.S. Senate, General Election 2010

African American Candidate = Kendrick B. Meek

| District | % of African American Votes | % of Latino Votes | % of White Votes | % of Other Votes |
|---|---|---|---|---|
| Previous CD 3 | 90.7 | 65.1 | 10.4 | 8.1 |
| | (89.7 – 91.5) | (53.4 – 74.7) | (9.4 – 11.4) | (1.2 – 28.3) |
| Current CD 5 | 90.3 | 52.8 | 9.6 | 17.4 |
| | (89.1 – 91.3) | (38.4 – 65.3) | (8.3 – 11.0) | (2.1 – 42.2) |
| Romo A CD 5 | 85.7 | 36.7 | 4.7 | 38.5 |
| | (84.1 – 87.3) | (2.6 – 84.5) | (2.6 – 6.3) | (3.3 – 78.7) |
| Romo B CD 5 | 86.5 | 40.8 | 6.7 | 17.9 |
| | (84.8 – 88.1) | (2.9 – 85.3) | (5.5 – 7.9) | (1.1 – 62.4) |



26

Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 5.pdf
Date Admitted _____

**Table 4: Racially Polarized Voting Analysis**

**Countywide Elections**

**Vote for African American Candidate**

| Election | % of African American Votes | % of Latino Votes | % of White Votes | % of Other Votes |
|---|---|---|---|---|
| *Duval County* | | | | |
| Mayor, First 2011, *Brown* (D) | 86.3 (85.3 – 87.4) | 22.2 (3.7 – 57.1) | 3.4 (2.5 – 4.0) | 6.0 (1.0 – 17.5) |
| Sheriff, First 2011, *Jefferson* (D) | 98.9 (98.2 – 99.4) | 78.5 (50.8 – 90.2) | 15.2 (13.9 – 16.5) | 36.0 (8.2 – 69.1) |
| Council, First 2011, *Foy* (NPA) | 65.4 (64.1 – 66.6) | 16.9 (6.7 – 37.4) | 11.5 (10.4 – 12.4) | 19.1 (5.5 – 40.8) |
| Mayor, General 2011, *Brown* (D) | 99.8 (99.4 – 99.9) | 92.5 (50.6 – 98.1) | 27.5 (24.3 – 30.5) | 24.3 (1.7 – 67.4) |
| Council, General 2011, *Foy* (NPA) | 90.2 (89.1 – 91.3) | 91.5 (71.1 – 97.1) | 21.9 (20.4 – 23.1) | 15.3 (2.6 – 44.2) |
| *Alachua County* | | | | |
| Appraiser, Dem Pri 2012, *Perkins* | 64.5 (59.5 – 69.4) | 65.1 (18.4 – 93.6) | 16.2 (14.0 – 18.4) | 55.2 (10.9 – 91.6) |
| Appraiser, Dem Pri 2008, *Perkins* | 81.3 (77.5 – 86.5) | 65.3 (50.8 – 85.3) | 24.6 (22.9 – 25.8) | 70.4 (50.3 – 90.4) |

Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 6.pdf
Date Admitted _____

Sheriff, Dem Pri
2008, *Scott*             87.7              57.4              29.9              40.5
                      (84.0 – 92.5)     (10.3 – 86.0)     (27.8 – 32.2)     (5.9 – 79.5)


*Bradford County*


Superintendent,
Dem Pri, 2012
*Kittles*                 46.7                                10.7*
                      (32.6 – 50.8)                       (8.1 – 13.0)

-----------------------------------------------------------------------------------------

\*   This estimate is for non-African Americans. There were only 10 Hispanics and 27 Others receiving ballots for this primary, and they have been added to the 2,420 whites receiving ballots.

### Table 5: Diminishment Analysis

### U.S. President 2008 General Election

| District | Af Amn % Turnout | Diff. in Turnout White% - Af Amn% | Af Amn Cand. % of 2-Party Vote |
|---|---|---|---|
| *Previous CD 3* | 49.7* | -10.3 | 72.0 |
| *Current CD 5* | 49.2*. | -9.9 | 71.0 |



| | | | |
|---|---|---|---|
| *RomoA CD5* | 45.5 | 1.6* | 64.0 |
| *RomoB CD5* | 47.6* | -2.2 | 65.8 |

*Indicates in column 2 that African Americans constitute a plurality but not a majority of the turnout, in column 3 that whites constitute a plurality but not a majority.
#Indicates in column 3 that whites constitute a majority of the turnout.

29

Table 6:  Diminishment Analysis

U.S. President 2012 General Election

| District | Af Amn % Turnout | Diff. in Turnout White% -Af Amn% | Af Amn Cand. % of 2-PartyVote |
|---|---|---|---|
| *Previous  CD 3* | 50.3 | -11.6 | 71.6 |
| *Current  CD 5* | 50.6. | -12.9 | 71.4 |
|  | | | |
| *RomoA CD5* | 46.6* | -0.5 | 64.3 |
| *RomoB CD5* | 48.5* | -4.0 | 65.7 |

*Indicates in column 2 that African Americans constitute a plurality but not a majority of the turnout.
#Indicates in column 3 that whites constitute a majority of the turnout.

## Table 7: Diminishment Analysis

## U.S. Senate 2010 General Election

| District | Af Amn % Turnout | Diff. in Turnout White% - Af Amn% | Af Amn Cand. % of Votes | % Pt Margin to Rubio |
|---|---|---|---|---|
| *Prev CD 3* | 46.7* | -1.1 | 49.1*. | 17.5 |
| *Curr CD 5* | 46.3* | -0.7 | 48.2* | 15.4 |
|  | | | | |
| *RomoA CD5* | 42.0 | 10.7# | 40.4* | 4.9 |
| *RomoB CD5* | 44.1 | 6.9# | 43.0* | 8.8 |

*Indicates in column 2 that African Americans constitute a plurality but not a majority of the turnout, in column 4 that Meek wins a plurality of the vote, and column 5 that Rubio wins a plurality of the vote.
#Indicates in column 3 that whites constitute a majority of the turnout.

Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 9.pdf
Date Admitted _____

Table 8: Analysis of the 2010 Gubernatorial Vote within Romo CD 10

|  | % of African American Votes | % of Latino Votes | % of White Votes | % of Other Votes |
|---|---|---|---|---|
| MEEK | 88.3 (86.8 – 89.9) | 62.0 (55.7 – 66.8) | 8.4 (7.1 – 10.0) | 23.8 (7.6 – 40.0) |
| RUBIO | 0.4 (0.2 – 0.7) | 0.6 (0.4 – 0.9) | 71.6 (68.4 – 74.4) | 20.1 (1.8 – 46.9) |
| CRIST | 10.8 (9.1 – 12.4) | 36.3 (31.3 – 42.9) | 19.4 (17.0 – 21.7) | 52.7 (29.4 – 74.0) |
| OTHERS | 0.5 (0.3 - 0.7) | 1.1 (0.8 – 1.5) | 0.7 (0.4 – 0.8) | 3.4 (2.3 – 5.2) |

Romo v. Detzner, Case No. 2012-CA-412
NAACP TRIAL EXHIBIT
#NAACP 10.pdf
Date Admitted _____