# EXHIBIT B

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT

IN AND FOR LEON COUNTY, FLORIDA

RENE ROMO, et al,                                       CASE NO: 2012-CA-412

    Plaintiffs,

vs.

KEN DETZNER and PAM BONDI,

    Defendants.

_____/

THE LEAGUE OF WOMEN VOTERS                              CASE NO: 2012-CA-490

OF FLORIDA, et al,

    Plaintiffs,

vs.

KEN DETZNER, et al,

    Defendants.

_____/

## ORDER ON REMEDIAL RELINQUISHMENT

On July 9, 2015, the Florida Supreme Court affirmed in part and reversed in part the order of this Court related to the Congressional Redistricting Plan. The Court retained jurisdiction over the case, but relinquished to this Court for 100 days "with directions that it require the Legislature to redraw" the congressional redistricting plan in accordance with the Court's opinion. *League of Women Voters of Fla. v. Detzner*, 40 Fla L. Weekly S 432, slip opinion pg. 7 (Fla. July 9, 2015). The Court further instructed this Court to review the product of the Legislature and "enter an order either recommending approval or disapproval of the redrawn map." *Id.* at slip opinion pg. 8.

2015 AUG 26 A 11: 38   FILED

Consistent with the relinquishment order, I entered an agreed upon scheduling order requiring that the Legislature adopt a remedial map by August 25, 2015. The Legislative Defendants were unable to comply with that directive, and it appears unlikely that a Legislative plan will be provided to me for review, in a timely fashion.

Given the specific directions of the relinquishment order and the limitation of authority implicit therein, I file this report and request further direction from the Court.

**DONE AND ORDERED** this 26th day August, 2015.

TERRY P. LEWIS, Circuit Judge

Copies to:

All Counsel of Record