# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CONGRESSWOMAN CORRINE BROWN,**

      **Plaintiff,**

**vs.**                                      **Case No. 4:15cv398-MW/CAS**

**KEN DETZNER, in his official capacity as**
**Secretary of State of the State of Florida,**
**THE FLORIDA SENATE and THE**
**FLORIDA HOUSE OF REPSENTATIVES,**

      **Defendants.**

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY THIS ACTION

This matter is before the Court on Plaintiff Congresswoman Corrine Brown's Unopposed Motion to Stay this Action [ECF No. 22]. Upon consideration of Plaintiff's Unopposed Motion and the entire record, Plaintiff's Motion to Stay this Action is hereby GRANTED. This case is stayed pending the imposition of a remedial district, and all time limits for responding to Plaintiff's Complaint and the Motion to Intervene filed by the League of Women Voters, *et al.*, shall be extended to ten days after the Governor signs into law, or after the Court enters an Order that imposes, a remedial District 5.

**DONE AND ORDERED** on September 8, 2015.

                                   **s/MARK E. WALKER**
                                   **United States District Judge**