IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONGRESSWOMAN CORRINE BROWN,

    Plaintiff,

v.                                                  Case No. 4:15cv398-MW/CAS

KEN DETZNER, in his official capacity as
Secretary of State of the State of Florida,
THE FLORIDA SENATE, and THE FLORIDA
HOUSE OF REPRESENTATIVES,

    Defendants.
_____/

## ORDER LIFTING STAY, TERMINATING MOTIONS

This matter is before the Court upon the parties' Joint Status Report filed on December 22, 2015. ECF No. 30. Given the representations in that report, it is ORDERED and ADJUDGED that the stay in this case is LIFTED.

It is further ORDERED that the following three motions are DENIED AS MOOT: the Unopposed Motion for Extension of Time to respond to the Plaintiff's Complaint by All Defendants, ECF No. 19; the Unopposed Amended Motion for Extension of Time by just the Legislative Defendants, ECF No. 21; and the Motion to Dismiss by the Legislative Defendants, ECF No. 23. The Clerk is directed to terminate these motions.

**DONE and ORDERED** this 23rd day of December 2015.

                                                                     _/s/ Robin S. Rosenbaum_
                                                                     ROBIN S. ROSENBAUM
                                                                     UNITED STATES CIRCUIT JUDGE

Copies furnished to:
Counsel of record