# EXHIBIT 1

# Enacted Congressional Districts
# Plan H000C9047 -- Chapter No. 2012-2, Laws of Florida



Congressional Plan: H000C9047
Enactment: Chapter No. 2012-2, Laws of Florida (February 16, 2012)
Plan initially published: January 25, 2012
Number of districts: 27 of 27
Population range (total deviation): 1 persons (0.00%)
All geography assigned: True
All districts contiguous: True
Processed: 03/23/2012 05:40PM
Checksum for block assignment file: a4db18247807204752523e1c4f6d584a



Congressional Plan: H000C9047
Chapter No. 2012-2, Laws of Florida
Map by: The Florida Senate
Committee on Reapportionment
www.flsenate.gov/redistricting