# EXHIBIT 2

# Proposed Congressional Districts
# Plan H110C9071 by Rep. Oliva, Jose



Congressional Plan: H110C9071
Sponsor: Rep. Oliva, Jose
Date: August 20, 2015
Number of districts: 27 of 27
Population range (total deviation): 1 persons (0.00%)
All geography assigned: True
All districts contiguous: True
Processed: 08/20/2015 09:27AM
Checksum for block assignment file: 634ba621608fa3e8f9c418306eebde3b



Congressional Plan: H110C9071
Rep. Oliva, Jose
Map by: The Florida Senate
Committee on Reapportionment
www.flsenate.gov/redistricting