IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONGRESSWOMAN CORRINE BROWN,**

    **Plaintiff,**

v.   Case No. 4:15-cv-00398-MW/CAS

**KEN DETZNER, in his official capacity as Secretary of State of the State of Florida, THE FLORIDA SENATE, and THE FLORIDA HOUSE OF REPRESENTATIVES,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO INTERVENE

This Court has considered without hearing the proposed intervenors' motion to intervene as defendants, ECF No. 18. The motion is **GRANTED**. The Clerk must add these parties as Defendants in this action.

**SO ORDERED on January 6, 2016.**

                                                 **s/Mark E. Walker**
                                               **United States District Judge**