# EXHIBIT A

*See also* Defs.' Ex. 10, Tab 5

