# EXHIBIT B

# Existing Congressional Districts, 1996-2002
# Plan PUBC0000 (formerly Plan 412)



Congressional Plan: PUBC0000
Sponsor: State of Florida, 1996
Total number of districts: 25
Range of population (total deviation from target): 223,735 persons (35.0%)
All geography assigned: True
All districts contiguous: True (1990 Census geography)
Processed: 1/23/2002



**The Florida Senate**
Committee on Reapportionment
404 South Monroe Street, 103 S.O.B.
Tallahassee, FL 32399-1100
Voice: 850/487-5855  Fax: 850/487-6458
www.leg.state.fl.us/senateredistricting
Senator Daniel Webster, Chairman

0   50   100   150  Miles