# EXHIBIT H

Congressional Plan
Romo Map A
15-Feb-2013
* * * * *
Provided with
expert report of
Stephen Ansolabehere
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
District boundary & number
Scale bar for statewide map
Miles
0 5 10 20 30 40 50 60
South Florida
Jacksonville Area
Tampa Bay Area
Orlando Area
Scale bar for insets
Miles
0 5 10 20
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 103 SOB; Phone: (850) 487-5855;
Website: http://www.flsenate.gov/session/redistricting
SENATE
STATE OF FLORIDA
SANTA ROSA
OKALOOSA
WALTON
HOLMES
JACKSON
WASHINGTON
BAY
CALHOUN
GULF
LIBERTY
FRANKLIN
GADSDEN
WAKULLA
JEFFERSON
MADISON
TAYLOR
HAMILTON
SUWANNEE
LAFAYETTE
DIXIE
GILCHRIST
COLUMBIA
BAKER
UNION
BRADFORD
NASSAU
DUVAL
CLAY
ST. JOHNS
PUTNAM
ALACHUA
LEVY
MARION
VOLUSIA
CITRUS
SUMTER
LAKE
HERNANDO
SEMINOLE
ORANGE
PASCO
PINELLAS
HILLSBOROUGH
POLK
OSCEOLA
BREVARD
MANATEE
HARDEE
INDIAN RIVER
OKEECHOBEE
ST. LUCIE
DESOTO
HIGHLANDS
MARTIN
CHARLOTTE
GLADES
LEE
HENDRY
PALM BEACH
COLLIER
BROWARD
MIAMI-DADE
MONROE
Jupiter Island
Tequesta
Jupiter
Palm Beach Gardens
Pahokee
Riviera Beach
Loxahatchee Groves
West Palm Beach
Royal Palm Beach
Belle Glade
Palm Beach
Wellington
Palm Springs
Lake Worth
Greenacres
Lantana
Boynton Beach
Delray Beach
Boca Raton
Parkland
Deerfield Beach
Coral Springs
Pompano Beach
Tamarac
Sunrise
Lauderhill
Oakland Park
Plantation
Fort Lauderdale
Weston
Davie
Cooper City
Southwest Ranches
Pembroke Pines
Hollywood
Miramar
Miami Gardens
Aventura
Miami Lakes
North Miami
Medley
Hialeah
Doral
Miami Beach
Sweetwater
Miami
South Miami
Coral Gables
Pinecrest
Palmetto Bay
Cutler Bay
Homestead
Florida City
Callahan
Baldwin
Jacksonville
Atlantic Beach
Jacksonville Beach
Orange Park
Lawtey
Starke
Green Cove Springs
St. Augustine
St. Leo
Dade City
Port Richey
New Port Richey
Zephyrhills
Tarpon Springs
Dunedin
Oldsmar
Temple Terrace
Plant City
Clearwater
Belleair
Largo
Tampa
Pinellas Park
Seminole
Treasure Island
St. Petersburg
Gulfport
St. Pete Beach
Palmetto
Holmes Beach
Bradenton
Eustis
Mount Dora
DeBary
Deltona
Oak Hill
Sanford
Lake Mary
Longwood
Winter Springs
Casselberry
Oviedo
Apopka
Maitland
Ocoee
Winter Park
Winter Garden
Titusville
Windermere
Belle Isle
Orlando
Bay Lake
Lake Buena Vista
Kissimmee
St. Cloud
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

