# EXHIBIT K







