# EXHIBIT 1

## Notations of Counties in Congressional District 5 Jacksonville Over the Past 150 Years / 1865-2015

Present day Congressional District 5 like the north flowing St. John's River, intrastate highways and railroads meander over the 300-mile area spanning eight counties that form this urban and agricultural district. In the course of centuries Blacks in Florida have waged valiant campaigns for inalienable rights and privileges due all citizens. After the Civil War, to create a safe transition for the manumission of former slaves, Major General William T. Sherman issued Special Field Order No. 15 on January 16, 1865, setting aside land for the settlement of Negro communities. This in part reads, "The islands from Charleston south, the abandoned rice fields along the rivers for thirty miles back from the sea, and the country bordering the St. Johns River, Florida, are reserved and set apart for the settlement of the Negroes now made free by the acts of war and the proclamation of the President of the United States." This same track of land was declared as the Gullah-Geechee heritage corridor by Congress in 2006 to recognize the important contributions made to American culture and history by African Americans. (www.nps.gov/sero/planning/gg_srs/gg_res.htm).

At every turn in constitutional and due process rights of black voters, legislative action eradicates and undermine these hard fought for gains. A little over a half century from 1867 until 1924, 600 black men in Florida were elected by their constituents to local, state and federal offices. The diminishing of black elected officials and black electors abruptly ended in the 1876 Presidential Election. That's when after meeting in 1877 at the Haile Plantation in Alachua County, Florida's four electoral votes were handed to Rutherford Hayes in consideration for his commitment to end Reconstruction, though Samuel Tilden had won the election. It would take 79 years (1889-1968) before a black citizen; Joe Lang Kershaw would be elected to the State Legislature and 121 years (1871-1992) before Floridians elected blacks to the U. S. Congress, Corrine Brown, Alcee Hastings and Carrie Meek.

Josiah T. Walls, first elected to the Florida Legislature as a Representative and Senator in 1868 and 1869 respectively and served one term in the U. S. Congress, (1871-73). Walls was the only black representative from Florida in Congress until the Election of 1993 that seated Corrine Brown, Alcee Hastings and Carrie Pittman Meeks. In 1887, State Representative Thomas V. Gibbs of Jacksonville introduced House Bill No. 101 that led to the establishment of the institution of higher learning that became Florida A & M University.

Common heritage, cultural and economic threads continue in existence with advancements along the St. John's River, road and rail corridor. The current District 5 helps to ensure inclusion of urban democratic black electors in matters that affect their lives. What's missing in the proposed east-west prison district 5 plans is that this disenfranchises me and 700,000 electors in the current district from having a representative of our choosing. Our concerns, culture and history will be castrated.

The east – west corridor has been notoriously defined throughout the course of Florida history as repressive when it comes to blacks. With sadness I am reminded of the lynching of Arthur C. Williams, Gadsden County, Cellos Harrison, Jackson County, Willie James Howard, Suwanee County and Jesse James Payne, Madison County. (Democracy Abroad, Lynching at Home, c. 2915, Hobbs.

The following are a list of counties in the North-South District and the prominent people and events, which occurred therein that shaped the history and character of the North-South Community:

1. Alachua/Gainesville

Where the Chestnut Funeral Home has been in continuous operation for over 100 years since 1914. Both Charles and Cynthia Moore Chestnut have been elected to the Florida Legislature and served as Alachua County public officials. Cross Creek where Marjorie Kinnan Rawlings purchased a grove site unseen in 1928 and ten years later received the Pulitzer Prize in Literature for the Yearling. Rawlings. Through her published writings and personal letters Rawlings portrayed an accurate picture of Cracker and Black Floridians.

2. Clay/Green Cove Springs – Orange Park,

World Renowned sculptor, Augusta Savage was born in Green Cove Springs, February 29, 1892. Inspired by James and John Johnson's "Lift Every Voice and Sing" Savage sculpted a 16-foot harp by the song's title that was acclaimed for the 1939 World's Fair in New York.

The Dunbar High School Complex was built in 1942 and is located on a 5-acre parcel of land in the SE section of Green Cove Springs. Augusta Savage donated the property for the first and only black high school in Green Cove Springs.

3. Duval/Jacksonville –

Established in 1868 by the Freedman's Bureau, Stanton Grade School under the administration as principal of James Weldon Johnson in a four-year period by 1898, became Stanton High School, (Galvin, p. 18) the first high school for Blacks in Florida.

In 1885 Boylan-Haven School for Girls was established by the Missionary Society of the Methodist Church. Gwendolyn Sawyer Cherry of Miami, Florida's first black woman to serve in the Legislature was a graduate of Boylan-Haven as was Mary Littlejohn Singleton, the first black woman from Jacksonville to have been elected, first as a city councilwoman in 1968 and state legislature in 1972.

Corrine Brown a Jacksonville native is known as a champion for over three decades who serves and well informs constituents and senior citizens on issues such as Education, Housing, Medicare, Transportation, that affect their well-being.

4. Lake/Tavares –

A bright note is that Flora Call and Elias Disney, parents of Walt were married in Lake County on January 1, 1888. The county is known for artist including Arthur Dawson.

Virgil Hawkins, Lake County native who in 1949 and 1956 was denied admission to the University of Florida Law School because of his color, became a lawyer at the age of 70.

Posthumously the University of Florida in 1991 named the Virgil Darnell Hawkins Civil League Clinic in his honor.

A dark spot in Lake County is that in 1949 the Groveland Four, Ernest Thomas, Charles Greenlee, Samuel Shepherd and Walter Irvin, were wrongly convicted of rape. The U. S. Supreme Court overturned the convictions buy they had been murdered by Sheriff Willis McCall and lynched by a posse. (Devil in the Grove, c 2012.

5. Marion/Ocala

Birth place of author Idella Parker who wrote, Idella: Marjorie Kinnan Rawlings' Perfect Maid.

6. Orange/Orlando-Eatonville

**Orlando:** With the exception of some runaway slaves who joined the Seminole Nation, the first documented history of African-American residents came in 1843 when Aaron Jerniagen, a white homesteader arrived with his family and several slaves. The city of Orlando's growth was associated with a need for better transportation to citrus markets on the part of citrus growers. The city had its first rail lines by 1881, and during the 1880s and 1890s there was an influx of new fruit growers.

Due to the infrastructure that existed there, Orlando presented an opportunity for newly freed slaves migrating from North Florida following reconstruction. Thanks to the development in the agriculture industry, the black population grew to the thousands, and several black enclaves took root in what is now downtown Orlando, in neighborhoods such as Parramore and Callahan.

**Eatonville:** Documents show in 1887 Eatonville became the first incorporated African-American municipality in the nation. Eatonville grew from a settlement where African-Americans lived while they worked to clear the land that became the City of Maitland. Tony Taylor, a black man, was elected Maitland's first mayor. Joe Clarke, another black man, was elected Maitland's first town Marshall.

**Ocoee:** In 1920 a black resident of the town of Ocoee named Mose Norman insisted on voting in a presidential election, but was turned away from the polls. He returned later that day with a shot gun and whites chase him away. A white mob tried to invade the home where Norman fled, but was driven away by gunfire. A call went out to whites across Orange County who responded by rampaging through the Ocoee community shooting black people and burning their homes. Norman's body, along with the black man who gave him shelter, was found later lynched and riddled by gunfire. All of those black residents who managed to survive fled into the surrounding black communities in Orange County. As a result of the riot, the city of Ocoee remained all white until the 1980s.

7. Putnam/Palatka

**Palatka:** The city of Palatka has a population that is 48% black, 48% white, and 4% "other". It has been populated by progressive black citizens. The oldest family-owned business in

community is the E.W. Lawson & Sons funeral home. E.W. Lawson and his family were pillars of the Palatka community during the great depression after moving to Palatka in 1914. In order to create jobs within the community, Lawson along with three other men borrowed money to build Booker Auditorium. He also invented an innovative system to help poor black residents of Palatka pay for funeral expenses called burial league, which was the fore-runner for modern day life insurance. Lawson's legacy continues in Palatka to this day as his funeral home has been operating for over 100 years.

Palatka's Jenkins Middle school is named after PFC Robert Jenkins, Jr. who served in the Vietnam war and was awarded the Congressional medal of honor.

Palatka is also home to Central Academy, which was the first accredited black school in the State of Florida. Among its graduates is Zoologist Dr. Harold Eugene Finley, who was born in Palatka and went on to teach at Howard University and participated in some of the first research on D.N.A.

Mary Lawson Brown, the granddaughter of E.W. and Mary Jane Lawson has served as Palatka City Commissioner and Vice Mayor of the Palatka City Commission continuously for 32 years, having first been elected in 1984. She is the first black person and the first woman to have held elected office in the City of Palatka, and is the longest-serving elected official in Putnam County, man or woman, white or black.

8. Seminole/Sanford

**Goldsboro:** The town of Goldsboro was created near Sanford for blacks working in the nearby railyards and farms. In 1981 those residents incorporated Goldsboro as its own city with elected officials and municipal services. That accomplishment proved to be relatively short-lived, however when the white leaders of Sanford began to see the city as an impediment to the growth of Sanford.

By 1911 they succeeded in revoking Goldbsoro's municipal charter, and the black township was subsequently swallowed up by the city of Sanford. Since that time, the formerly independent black community lost its political violence, and have faced racial hostility at the hands of their white neighbors. For example, famous baseball player Jackie Robinson, who came to Sanford for spring training was not allowed to stay in a Sanford hotel with his teammates because of Jim Crow laws in place at the time. The white community of Sanford was so incensed that a black man was about to enter Major League baseball, that Robinson and his teammates were forced to be relocated to Daytona beach.

Marsha Dean Phelts a native of Jacksonville is a 1965 graduate of Florida A & M University with a B.A. Degree in Library Science. In 1997, Marsha Dean Phelts earned the distinction of having written the first book chronicling the history of American Beach. This book published by The University Press of Florida, *An American Beach for African Americans*, received the 1998 J. M. Family African American Achievers Award and the 1999 Florida Trust Preservation Award. In 2008 The University Press of Florida published a second book by Phelts, *The American Beach Cookbook*. Phelts is the author of the 2010 publication of *The 75th Anniversary Edition of The American Beach Book of Homes*.

A member of the American Beach Property Owners' Association Phelts in 2000 chaired the Historical Building Survey Committee, which had the responsibility of documenting structures and significant landmarks. Phelts actively worked with the American Beach Property Owners' Association on the placement of an historical marker recognizing the contributions of Marvyne "Beach Lady" Betsch at the base of "NaNa," Florida's tallest dune.

Phelts has also written the monograph, *St. Philip's Episcopal Church: History and Heritage*, (2003, Jacksonville), *The Florida Star's Monarch: A Special Tribute to Marvyne Betsch 'The Beach Lady,'* (2005) and *The Boy From Jessie Street* (2008) with Landon Williams.

*[Signature: Marshalean Phelps]*

STATE OF FLORIDA }
                 } ss.
COUNTY OF  DUVAL }

The foregoing instrument was acknowledged before me this __4th__ day of __April__ 2016, who personally known to me or who produced __Florida D.L. #P432-544-44-521-0__ as identification and who did/did not take an oath.

*[Signature]*
Signature of person taking oath
Notary Public
State of Florida

Linda D. Hughes
Name, typed, printed or stamped