UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONGRESSWOMAN
CORRINE BROWN ET AL.,**

    *Plaintiffs,*

v.                        CASE NO. 4:15CV398-MW/CAS

**KEN DETZNER, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE
OF THE STATE OF FLORIDA, ET AL.,**

    *Defendants,*

AND

**THE LEAGUE OF WOMEN VOTERS
OF FLORIDA ET AL.,**

    *Intervenor-Defendants.*

_____/

## ORDER

This Order disposes of a few outstanding motions.

First, George Levesque moves to withdraw as counsel for the Florida Senate. ECF No. 92. That motion is **GRANTED**.

Second, the Secretary of State asks this Court to stay consideration of the intervenors' motion for attorneys' fees and expert witness fees insofar as that motion is directed at the Secretary. ECF No. 88. Intervenors do not oppose this motion "so long as the

1

stay applies only to [the] Secretary." *Id.* at 2. The motion is **GRANTED**.

Third, Plaintiffs move to file a consolidated response to Intervenors' motion for sanctions and motion for attorneys' fees and expert witness fees. ECF No. 86. That motion is **GRANTED**, and Plaintiffs' consolidated response, ECF No. 86-1, is accepted as filed.

Finally, Plaintiffs have filed a motion to voluntarily dismiss their appeal in the Supreme Court. ECF No. 91. Because the Supreme Court has not yet docketed the appeal—in fact, Plaintiffs did not file a jurisdictional statement with the Supreme Court, which is a precondition to the appeal being docketed—the motion to dismiss the appeal is properly filed with this Court. *See* Sup. Ct. R. 18(5). Accordingly, the motion is **GRANTED**, and the appeal is dismissed.

**SO ORDERED on July 11, 2016.**

                                                <u>s/Mark E. Walker</u>
                                                **United States District Judge**