# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 06, 2016

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 16-10587-GG
Case Style: Corrine Brown v. Florida Secretary of State
District Court Docket No: 4:15-cv-00398-MW-CAS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG/lt
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10587-GG

_____

CORRINE BROWN,
Congresswoman,

                                                                          Plaintiff - Appellee,

versus

FLORIDA SECRETARY OF STATE,

                                                                          Defendant - Appellant,

FLORIDA SENATE,
FLORIDA HOUSE OF REPRESENTATIVES,
LEAGUE OF WOMEN VOTERS OF FLORIDA,
COMMON CAUSE,
DEIRDRE MACNAB, et al.,

                                                                           Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

Before: HULL and JULIE CARNES, Circuit Judges.

BY THE COURT:

    The parties' "Stipulation for and Agreement to Dismissal …," which is construed as a joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs and attorneys' fees related to the appeal, is GRANTED.