IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

U.S. REP. CORRINE BROWN, *et al.*,

    *Plaintiffs*,

v.

FLA. SEC'Y OF STATE, *et al.*,

    *Defendants*.

_____/

Case No. 4:15-cv-00398-MW-CAS

### JOINT STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

The plaintiffs and the Florida Secretary of State, the only defendant against whom there remain active claims by the plaintiffs in this action, hereby stipulate through their respective undersigned counsel to dismissal of all said claims against the Secretary in the above-captioned action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The plaintiffs and the Secretary previously stipulated to dismissal of the Secretary's appeal in the Eleventh Circuit pursuant to Federal Rule of Appellate Procedure 42.

| FOR THE PLAINTIFFS: | FOR THE SECRETARY OF STATE: |
|---|---|
| /s/ Wm. J. Sheppard | /s/ Adam S. Tanenbaum |
| WM. J. SHEPPARD (FBN 109154) | ADAM S. TANENBAUM (FBN 117498) |
| sheplaw@att.net | *General Counsel* |
| SHEPPARD, WHITE, KACHERGUS & DEMAGGIO, P.A. | adam.tanenbaum@dos.myflorida.com |
| 215 Washington Street | FLORIDA DEPARTMENT OF STATE |
| Jacksonville, Florida 32202 | 500 South Bronough Street, Suite 100 |
| Phone: (904) 356-9661 | Tallahassee, Florida 32399-0250 |
| Fax: (904) 356-9667 | Phone: (850) 245-6536 |
| *Counsel for the Plaintiffs* | Fax: (850) 245-6127 |
| | *Counsel for the Florida Secretary of State* |