# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CONGRESSWOMAN CORRINE BROWN, ET AL.,

    *Plaintiffs,*

v.   Case No. 4:15cv398-MW/CAS

KEN DETZNER, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF FLORIDA, THE FLORIDA SENATE, AND THE FLORIDA HOUSE OF REPRESENTATIVES,

    *Defendants,*

and

THE LEAGUE OF WOMEN VOTERS OF FLORIDA, COMMON CAUSE, DEIRDRE MACNAB, LA VONNE GRAYSON, GEORGE OLIVER III, AND ANGELA DEMONBREUN,

    *Defendants-Intervenors.*
_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation for dismissal with prejudice. ECF No. 97. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Accordingly, the Clerk must

1

close the file.

**SO ORDERED on September 25, 2016.**

<u>**s/Mark E. Walker**</u><br>**United States District Judge**